FILED

JUN 2 0 2007

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br>vs.<br><br>DAMACIO RAMIREZ-RODRIGUEZ,<br><br>         Defendant. | CASE NO. 99CR0232 B<br><br>ORDER GRANTING MOTION TO DISMISS INDICTMENT AND RECALL ARREST WARRANT |

  The court has reviewed the United States' Motion to Dismiss Indictment, Recall Arrest Warrant, and Issue Arrest Warrant (doc.#2), as well as the Government's Amended Motion to Dismiss Indictment and Recall Arrest Warrant (doc. #4) and what the government docketed as an Amended Motion to Dismiss Indictment and to Recall Arrest Warrant (doc.#5), which is in actuality a refiling of document # 2. There being good cause appearing, the motions are hereby granted. The indictment in the present case shall be dismissed without prejudice, and the court hereby recalls any outstanding warrants issued incidental thereto.

  **IT IS SO ORDERED.**

DATED: 6/20 ,2006

JOHN S. RHOADES, SR.
United States District Judge

cc:  All parties

- 1 -

99CR232

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs )<br>)<br>)<br>DAMACIO RAMIREZ -RODRIGUEZ )<br>) | CASE NUMBER 99 cr-232<br><br>ABSTRACT OF ORDER<br><br>Booking No._____ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____6/21/2007_____
the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:

_____ dismissing appeal filed.

___✓___ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

___✓___ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

UNITED STATES MAGISTRATE JUDGE

OR

Received_____     W. SAMUEL HAMRICK, JR.   Clerk
        DUSM                    by
                                         Deputy Clerk

Crim-9   (Rev 6-95)                                 ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY